**DOWNHOLE PIPE & EQUIPMENT, L.P., Plaintiff–Appellee,**

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, Defendant–Appellee,**

**United States, Defendant,**

**Vam Drilling USA, Texas Steel Conversions, Inc., Rotary Drilling Tools, TMK IPSCO, Defendants–Appellants,**

**United States Steel Corporation, Defendant.**

**No. 2015–1233.**

United States Court of Appeals, Federal Circuit.

Nov. 6, 2015.

Irene Huei–Min Chen, Chen Law Group LLC, Rockville, MD, argued for appellee Downhole Pipe & Equipment, L.P. Also represented by Mark B. Lehnardt, Lehnardt & Lehnardt, LLC, Liberty, MO.

David Andrew Jack Goldfine, United States International Trade Commission, Washington, DC, argued for appellee United States International Trade Commission. Also represented by Andrea C. Casson, Dominic L. Bianchi.

Roger Brian Schagrin, Schagrin Associates, Washington, DC, argued for appellants. Also represented by John W. Bohn.

MOORE, O'MALLEY, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**